HERBERT R. ROEMMELT, Respondent, v. SELDEN SALES & SERVICE COMPANY OF NEW YORK, INC., and SELDEN TRUCK CORPORATION, Appellants. (Appeal No. 1.) — Motion to resettle order of June 21, 1929, granted, and order resettled by adding thereto, after the words " with leave to plaintiff to plead over," the following: " within twenty days after the service upon his attorney of a copy of

---

* Amd. by Laws of 1926, chap. 464.— [REP.

this resettled order with due notice of entry." Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.